IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ex rel BILL LOCKYER,<br><br>            Plaintiff,<br><br>            v<br><br>MIRANT CORP, et al,<br><br>            Defendants.<br>_____/ | No C 04-3924 VRW<br><br>ORDER |

      The parties have filed a notice of stipulated dismissal with prejudice of this case pursuant to FRCP 41(a)(1)(ii).  Doc #28.  Accordingly, the clerk is directed to CLOSE the file and TERMINATE all motions.

      IT IS SO ORDERED.

                                                    /s/

                                      VAUGHN R WALKER

                                      United States District Chief Judge